IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Britten, Carolyn M | Case Number: 07 B 09580 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/16/07 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Housing Development | Secured | 0.00 | 0.00 |
| 2. | Community Investment Corp. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 1,812.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 3,578.67 | 0.00 |
| 5. | Community Investment Corp. | Secured | 87,167.05 | 0.00 |
| 6. | Illinois Housing Development | Secured | 1,640.36 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 2,846.19 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 817.21 | 0.00 |
| 11. | B-Real LLC | Unsecured | 418.63 | 0.00 |
| 12. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 13,576.89 | 0.00 |
| 14. | Discover Financial Services | Unsecured | | No Claim Filed |
| 15. | Hsbc/Bstby | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Pullman Bank & Trust | Unsecured | | No Claim Filed |
| 18. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 111,857.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Britten, Carolyn M | Case Number: 07 B 09580 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/16/07 | Filed: 5/25/07 |

$$\overline{\phantom{XXXXXXX}}$$
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____